UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR04-113-01S** **August 19, 2005**

**TITLE: USA V. FERNANDO ENRIQUE PUNNETT**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 10:04 A.M. - 10:26 A.M.**

---

**COUNSEL PRESENT: Government - Adi Goldstein, AUSA**
**Defendant - Kevin Fitzgerald, Esquire**

**RE: Sentencing**

**Proceedings: All counsel of record present; Defendant present; no objections to the PSR; Court accepts the PSR as drafted; Court continues the matter to Friday, October 28, 2005 at 9:30 a.m.; Counsel to file a short brief; Defendant to remain on bail status.**