UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR04-0113S |
| | ) | |
| FERNANDO PUNNETT | ) | |

MOTION FOR CONTINUANCE OF SENTENCING

Now comes Fernando Punnett, the Defendant in the above captioned matter, by and through counsel, and moves this Honorable Court to continue his sentencing. As grounds thereto, Mr. Punnett states the following:

1. At the last sentencing hearing, August 19, 2005, the Court granted a continuance for Mr. Punnett to complete radiation treatment for prostate cancer.
2. The Court and the Government also expressed interest in hearing from Mr. Punnett's physicians directly.
3. The sentencing hearing was scheduled for October 27, 2005, and the doctors were prepared to come to court for that hearing.
4. The Court rescheduled the sentencing hearing from October 27 to November 4, 2005.
5. Neither doctor is available for this hearing.
6. Previously, the defense informed the Court that the success of the radiation treatment would not be known with any certainty for six to twelve months after the end of the treatment.
7. Mr. Punnett asks for a six month continuance to await this finding.
8. Alternatively, if the Court still desires to hear directly from Mr. Punnett's physicians, we ask for a continuance of one month in order to secure the doctors' appearances.

The granting of this motion will not prejudice the Government in any way, and is in the interests of fairness and justice.

Respectfully submitted,
Fernando Punnett
Through his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender

Certification

I hereby certify that I caused this motion to be delivered to USPO Dennis Jenkins, 36 Exchange Terrace, Providence 02903, and AUSA Adi Goldstein, 50 Kennedy Plaza, 8th Floor, Providence 02903 on this the 3rd day of November, 2005.