AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA v. Fernando Enrique Gott Puckett

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR04-113-01S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Adi Goldstein, Esq. | Kevin Fitzgerald Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1-6-06 | Anne Clayton | DLB. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | 1/6/06 | | | W-1 DR. Patrick Kelty |
| | | | | | |
| A. | | 1/6/06 | | | Patrick J. Kelty, MD Report |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.