UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR. NO. 04-113S |
| FERNANDO ENRIQUE PUNNETT | : | |

---

**MOTION TO RELEASE BAIL**

Now comes the defendant Fernando Enrique Punnett, by and through his counsel, and moves that this Honorable Court enter an Order releasing the $1500 cash bail money posted by his daughter, Arlene Lantigua, of 85 Potters Avenue, 2nd Floor, Providence, RI 02905.

As grounds the defendant submits that the bail was posted to assure Mr. Punnett's appearance at all court proceedings, that he did so, and that he surrendered himself to the United States Marshall Service on today's date to begin serving his sentence in this matter, and therefore bail is no longer required.

The Government, through AUSA Adi Goldstein, has indicated it has no objection to the granting of this motion.

Respectfully submitted
Fernando Enrique Punnett
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I caused a copy of this Motion to be delivered to AUSA Adi Goldstein on this the 6th day of February, 2006.