USA
Plaintiff

VS: CA: 04-113S

Fernando Enrique Punnett
Defendant

## EXHIBIT RECEIPT

Exhibit A

Attorney

Deputy clerk