UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR04-0113S |
| | ) | |
| FERNANDO PUNNETT | ) | |

MOTION FOR SENTENCE REDUCTION DUE TO UNITED STATES SENTENCING GUIDELINES AMENDMENT

Now comes Fernando Punnett, the Defendant in the above captioned matter, and moves this Honorable Court to reduce his sentence pursuant to the retroactive amendment of U.S.S.G. § 2D1.1, in accordance with 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10. Mr. Punnett submits the attached memorandum of law in support of this motion.

Respectfully submitted
Fernando Punnett
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Adi Goldstein, Assistant United States Attorney, and Dennis Jenkins, Supervising United States Probation Officer, on March 14, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR04-0113S |
| | ) | |
| FERNANDO PUNNETT | ) | |

MEMORANDUM IN SUPPORT OF MOTION FOR SENTENCE REDUCTION DUE TO UNITED STATES SENTENCING GUIDELINES AMENDMENT

Mr. Punnett has moved for a reduction of his sentence based on the recent retroactive amendment to the sentencing guidelines. The United States Sentencing Commission amended the guidelines pertaining to cocaine base offenses as of November 1, 2007. That amendment effectively lowered the guidelines by two offense levels. In December, 2007, the Commission made the amendment retroactive and thus creating the potential for lower sentences for individuals already serving sentences for cocaine base convictions.

Mr. Punnett pled guilty to possessing and distributing more than 50 grams of cocaine base during October and November, 2004, on February 14, 2005. He remained on pre-trial release in home confinement from his arrest until he reported to serve his sentence. He suffers from myriad health problems, most significantly prostate cancer. Also noteworthy, Mr. Punnett is a citizen and native of Panama, but had been a lawful permanent resident in the United States since 1964 with no prior criminal contacts.

Mr. Punnett appeared for sentencing on January 6, 2006. The Court heard argument from both defense counsel and the government. The PSR established a base offense level of 32 for Mr. Punnett considering the total weight of the drugs (50 to 150 grams). The offense level was adjusted downward 3 levels for acceptance of responsibility and 2 levels for safety valve eligibility. With a criminal history category of I the resulting advisory guideline range was 70 to 87 months incarceration. The Court considered all of the information presented and granted a 4 level downward departure based on Mr. Punnett's medical condition and age (U.S.S.G §§ 5H1.1 & 1.4) resulting in a guideline range of 46 to 57 months of incarceration. The Court then imposed a 48 month prison

sentence upon Mr. Punnett. Presently, according to the Bureau of Prisons with consideration of credit for good behavior, Mr. Punnett stands to be released into immigration custody for deportation on June 14, 2009

Mr. Punnett requests the Court to reduce his sentence to 37 months incarceration at this time based on the guideline amendment. Applying the amendment to Mr. Punnett's guideline calculation results in a 2 level drop and a guideline range of 37 to 46 months. This reduction would move his transfer date, roughly, to August, 2008. This reduced sentence remains in harmony with both the particular considerations relative to Mr. Punnett under 18 U.S.C. § 3553(a) and the advisory sentencing guidelines as now amended, and also comports with recent Supreme Court decisions instructing the district courts on sentencing.[1]

For these reasons the Court should grant this motion.

Respectfully submitted
Fernando Punnett
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Adi Goldstein, Assistant United States Attorney, and Dennis Jenkins, Supervising United States Probation Officer, on March 14, 2008.

/s/ Kevin J. Fitzgerald

[1] *See, e.g., Gall v. United States*, 128 S. Ct. 586, 2007 U.S. LEXIS 13083 (2007), *Kimbrough v. United States*, 128 S. Ct. 558, 2007 U.S. LEXIS 13082 (2007), *Rita v. United States*, 127 S. Ct. 2456, 2007 U.S. LEXIS 8269 (2007), *and United States v. Booker*, 543 U.S. 220 (2005).